# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2014

Robert P. Young, Jr.,
Chief Justice

149027

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MARCUS DEWAYNE TILLMAN,
   Defendant-Appellant.

_____/

SC: 149027
COA: 320214
Wayne CC: 12-002930-FC

   On order of the Chief Justice, defendant-appellant having submitted a written request that his application for leave to appeal be withdrawn, IT IS ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2014

_____